Kent Salveson
Attorney at Law / SBN 101311
28391 Avenida La Mancha
San Juan Capistrano, CA. 92675

949-291-7393 Phone
949-248-1199 fax
Kent@EEXCEL.COM

Attorney for the Debtor and the Debtor in Possession
HILLS MARCH LLC

**FILED OCT 16 2009** CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA;

## SAN FERANDO VALLEY DIVISION

In re:

    Hills March LLC

    Debtor.

) Notice of Motion and Motion to be
) Relieved as Counsel to Debtor in
) Chapter 11 Proceeding
)
) Case 1:09-bk-16924 GM
)
)
) Date: October 27, 2009
) Time: 10:00 am
) Court: 303
)         21041 Burbank Blvd.
          Woodland Hills, CA. 91367

Motion to be Relieved as Counsel

Movant hereby moves for an order granting Kent Salveson, attorney of record, to be relieved as attorney of record in his proceeding..

In re: Hills March LLC - 1

## Location and Time of Hearing

The hearing on this motion to be relieved as counsel or attorney of record will be held at Courtroom 303, 21041 Burbank Blvd. ; Wood land Hills, CA 91367. at 10:00 am on October 27, 2009.

## Declaration in Support of Motion

This motion is supported by the Court's decision to deny attorney's motion for employment and order for employment. Attorney is unable to continue its representation of Debtor in this court as a result of the denial, and therefore seeks an order clearly relieving attorney as attorney of record.

Date: October 27, 2009

_____

Kent Salveson, Attorney at Law

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 28391 Avenida La Mancha, San Juan Capistrano, CA. 92675

A true and correct copy of the foregoing document described **DEBTOR'S Motion to be Relieved as Counsel to Debtor, Hills March LLC subject to CHAPTER 11 Proceeding**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 3, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| Office of the US Trustee | USTP.region16.la.efc@usdoj.gov |
| Dare Law | dare.law@usdoj.gov |
| Kent Salveson | Kent@EEXCEL.COM |
| _____ | _____ |

## II.

## SERVED BY U.S. MAIL:

On October 3, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

## III.

## SERVED BY E - MAIL:

Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 3, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 4, 2009 | Kent Salveson | /s/ |
|---|---|---|
| Date | Type Name | Signature |

**SERVED BY US MAIL**:

Countrywide Home Loan
Miles, Bauer, Bergstrom & Winters
1665 Scenic Ave.; #200
Costa Mesa, CA. 92626

Gary Kurtz
Rahim Multani
Western Pacific Diversified
20335 Ventura Blvd.; #200
Woodland Hills, CA 91364

Gary Piestruszka
Pacific Funding Group Inc.
7419 Greenbush Ave.
North Hollywood, CA 91605

Brad Gerszt
4308 Agnes Ave.
Studio City, CA 91604

Hills March LLC
7419 Greenbush Ave.
North Hollywood, CA 91605

Kent Salveson
28391 Avenida La Mancha
San Juan Capistrano, CA 92675

Kelly Vierra
The Boss Law Firm
First American Title Insurance CO
7220 Trade Street, #207
San Diego, CA. 92121

1 Kent Salveson
Attorney at Law / SBN 101311
2 28391 Avenida La Mancha
San Juan Capistrano, CA. 92675
3
949-291-7393 Phone
4 949-248-1199 fax
Kent@EEXCEL.COM
5
Attorney for the Debtor and the Debtor in Possession
6 HILLS MARCH LLC

7

8 **UNITED STATES BANKRUPTCY COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA;**

10 **SAN FERANDO VALLEY DIVISION**

11

| | |
|---|---|
| 12 In re: | ) **Order Granting Motion to be Relieved as Counsel to Debtor in Chapter 11 Proceeding** |
| 13 Hills March LLC | ) |
| 14 Debtor. | ) Case 1:09-bk-16924 |
| 15 | ) |
| 16 | ) Date: October 27, 2009 <br> ) Time: 10:00 am <br> ) Court: 303 |
| 17 | 21041 Burbank Blvd. <br> Woodland Hills, CA. 91367 |

18

19 **Order Granting Motion to be Relieved as Counsel**

20

21 The motion of Kent Salveson, to be relieved as Counsel to Debtor, Hills March LLC
22 is granted.

23

24 _____

25 Judge Mund

In re: Hills March LLC - 1